UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS LEE WATSON,

        Petitioner,

v.                                     Case No. 5:05-cv-297-Oc-10GRJ

UNITED STATES OF AMERICA,

        Respondent.

## ORDER OF DISMISSAL

This case is before the Court upon the filing of a Petition for a Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651.  The Petitioner is a federal prisoner at the Coleman Federal Correctional Complex, challenging a conviction and sentence imposed in the District of Columbia Superior Court.  The Petition stems from Petitioner's 1978 convictions for murder, assault, and a firearms offense.  The Petitioner alleges that his conviction was unconstitutional because he was never presented with an indictment for the murder charge, nor has he been able to obtain a copy of the indictment.

Petitioner attacks the validity of his sentence rather than the means of execution.  In Watson v. United States, Case Number 5:04-cv-5-Oc-10GRJ, this Court previously denied Petitioner relief under § 2241 in connection with his conviction, noting that a prisoner sentenced in the D.C. Superior Court may resort to federal habeas corpus only if "the local remedy is inadequate and ineffective to

test the legality of his detention."[1] In the same vein, "[t]he writ of error coram nobis is a limited remedy of last resort[.]"[2] Coram nobis jurisdiction is only available when "no statutory remedy is available or adequate."[3]

Petitioner has unsuccessfully pursued his statutory remedies in the District of Columbia courts and in this Court, by way of his § 2241 petition. The fact that Petitioner has been unsuccessful does not render his statutory remedies unavailable or inadequate. Inasmuch as Petitioner has presented no basis for this Court's exercise of coram nobis jurisdiction, the Petition is **DISMISSED with prejudice** and the Clerk is directed to enter judgment and close this case.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 14th day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

c: Curtis Lee Watson

---

[1] Garris v. Lindsay, 794 U.S. 722, 726 (1986) (citing D.C. Code Ann. § 23-110(g)) (internal quotations omitted).

[2] Lowery v. United States, 956 F.2d 227, 228 (11th Cir. 1992).

[3] Id.